# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 23 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 20-cr-3281-LAB-2 |
| vs. | JUDGMENT OF DISMISSAL |
| Ana Maribel Alvarez (2) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ CT. 1 - 21:952, 960 - Importation of Methamphetamine; CT. 2 - 21:952, 960 - Importation of N-phenyl-N-[1-(2-phenylethly)-4-piperidinyl] propanamide (Fentanyl)

Dated: 7/23/21

Hon. Jill L. Burkhardt
United States Magistrate Judge